THEODORE J. KURTZ (SBN 1344)
SELMAN BREITMAN LLP
3993 Howard Hughes Pkwy, Suite 200
Las Vegas, NV 89169
Telephone: (702) 228-7717
Facsimile: (702) 228-8824
E-mail: tkurtz@selmanbreitman.com

Attorneys for Defendants
CENTURY NATIONAL INSURANCE
COMPANY and ROBERT AND SUSANA
CHIU

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA J. NELSON, d/b/a BARB NELSON REALTY & PROPERTY MANAGEMENT, an individual; BARB NELSON REALTY & PROPERTY MANAGEMENT, L.L.C., a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY NATIONAL INSURANCE COMPANY, a California corporation; ROBERT L. CHIU, an individual; SUSANA L. CHIU, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.  2:13-cv-00507-RCJ-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Candice E. Renka of Marquis Aurbach and Coffing, counsel for plaintiffs Barbara J. Nelson, d/b/a Barb Nelson Realty & Property Management, an individual; and Barb Nelson Realty & Property Management, L.L.C., a Nevada limited liability company, and Theodore J. Kurtz of Selman Breitman LLP, counsel for defendants

Century National Insurance Company, and Robert and Susana Chiu that this action be dismissed with prejudice, with each party to pay their own attorneys' fees and costs.

No trial date has been scheduled in this matter.

DATED: July 16, 2013          SELMAN BREITMAN LLP


By: _____/s/ Theodore J. Kurtz_____
THEODORE J. KURTZ (SBN 1344)
3993 Howard Hughes Pkwy., #200
Las Vegas, NV 89169
Attorneys for Defendants
CENTURY NATIONAL INSURANCE
COMPANY and ROBERT AND SUSANA CHIU

DATED: July 16, 2013          MARQUIS AURBACH COFFING


By: _____/s/ Candice E. Renka_____
CANDICE E. RENKA (SBN 11447)
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for Plaintiffs
BARBARA J. NELSON, d/b/a BARB NELSON REALTY & PROPERTY MANAGEMENT, an individual; BARB NELSON REALTY & PROPERTY MANAGEMENT, L.L.C., a Nevada limited liability company

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

DATED: August 8, 2013

2